**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SHAWNDEE HARTLESS, on Behalf of Herself and All Others Similarly Situated and the General Public, | No. 11-55136 |
| Plaintiff - Appellee, | D.C. No. 3:06-cv-02705-CAB |
| v. | MEMORANDUM* |
| CLOROX COMPANY, | |
| Defendant - Appellee. | |
| _____ | |
| SONIA NEWMAN, | |
| Objector-Appellant. | |

| | |
|---|---|
| SHAWNDEE HARTLESS, on Behalf of Herself and All Others Similarly Situated and the General Public, | No. 11-55150 |
| Plaintiff - Appellee, | D.C. No. 3:06-cv-02705-CAB |
| v. | |
| CLOROX COMPANY, | |
| Defendant - Appellee. | |

_____

\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

_____

OMAR RIVERO,

          Objector - Appellant.

SHAWNDEE HARTLESS, on Behalf of Herself and All Others Similarly Situated and the General Public,

          Plaintiff - Appellee,

  v.

CLOROX COMPANY,

          Defendant - Appellee.

_____

SAM P. CANNATA,

          Objector - Appellant.

No. 11-55189

D.C. No. 3:06-cv-02705-CAB

Appeal from the United States District Court
for the Southern District of California
Cathy Ann Bencivengo, Magistrate Judge, Presiding

Argued and Submitted May 10, 2012
Pasadena, California

Before:  PREGERSON, GRABER, and BERZON, Circuit Judges.

2

Objectors Sonia Newman, Omar Rivero, and Sam P. Cannata appeal the district court's class certification in this class action brought by lead Plaintiff Shawndee Hartless against Defendant Clorox Company. The district court did not abuse its discretion in certifying the settlement class. See Parra v. Bashas', Inc., 536 F.3d 975, 977–78 (9th Cir. 2008) (stating the standard of review). On this record, the court was not required to divide the nationwide class into sub-classes, as the Objectors wish.

**AFFIRMED.**